NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HARRY G. SCHORTMANN, JR. AND JACQUELINE SCHORTMANN,**
*Plaintiff-Appellants,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5120

---

Appeal from the United States Court of Federal Claims in Case No. 06-CV-383, Jude Francis M. Allegra.

---

**JUDGMENT**

---

BRIAN C. MCMANUS, Morgan, Lewis & Bockius LLP, of Washington, DC, argued for the plaintiffs-appellants. With him on the brief was THEODORE JOSHUA WU.

RICHARD D. FARBER, Attorney, Tax Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were JOHN A. DICICCO, Acting Assistant Attorney General, and DAMON W. TAAFFE, Attorney.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, FRIEDMAN, and LOURIE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 24, 2011          /s/ Jan Horbaly
    Date                      Jan Horbaly
                                Clerk